UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR ENERGY RESEARCH, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF AGRICULTURE, <br><br> Defendant. | Civil Action No. 26-0088 (TSC) |

## JOINT STATUS REPORT

Pursuant to the Court's March 11, 2026, Minute Order, Plaintiff Institute for Energy Research ("Plaintiff") and Defendant U.S. Department of Agriculture ("USDA"), by and through undersigned counsel, hereby submit this Joint Status Report.  The parties report as follows:

1.      Plaintiff brings this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.  *See generally* Compl. (ECF No. 1).

2.      USDA reports that it is currently processing FOIA cases 1:25-cv-03198-TSC, 1:25-cv-04356-BAH, and 1:26-cv-00088-TSC concurrently, as all three requests seek the same set of text messages from a single custodian covering the period January 20, 2025 through September 24, 2025. The Office of Information Affairs is actively reviewing the records and anticipates the need for 8–10 consultations with both external federal agencies and internal USDA components. At this stage, approximately 160 pages of material have been identified, many of which contain multiple text messages per page.  On June 9, 2026, USDA issued an interim response consisting of fifteen (15) pages of records and two (2) audio files. The remaining records are still undergoing internal and external consultations.

3. At this time, an *Open America* stay is not required for this matter. *Open America v. Watergate Special Prosecuting Force*, 547 F.2d 605 (D.C. Cir. 1976).

4. Because production is not completed in this matter and there is limited information available at this time, it is impractical to determine whether summary judgment briefing will be necessary and for the parties to propose a briefing schedule. Once USDA releases all responsive records, if any, the parties will cooperatively work together to narrow or resolve any substantive issues of disagreement and, if necessary, propose a briefing schedule.

5. To that end, USDA requests that the Court defer entering a briefing schedule and instead order the parties to file another Joint Status Report on or before August 9, 2026, updating the Court of the parties' discussions and, if necessary, proposing a briefing schedule.

6. Plaintiff's counsel has not yet confirmed receipt of the interim production referred to in ¶2, above. Plaintiff will review that production and Defendant's representations as to the status of consultations regarding remaining records and file an appropriate motion, as contemplated by this Court's April 13, 2026 Minute Order, if necessary.

Dated: June 9, 2026

Respectfully submitted,

*/s/ Matthew Hardin*
MATTHEW D. HARDIN
Hardin Law Office
101 Rainbow Drive, PMB 11506
Livingston, TX 77399
(202) 802-1948
matthewdhardin@gmail.com

*Attorney for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: _____ /s/ Courtney Scholz _____
COURTNEY SCHOLZ
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-7079
Courtney.Scholz2@usdoj.gov

*Attorneys for the United States of America*

2