UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INSTITUTE FOR ENERGY RESEARCH,

      Plaintiff,

  v.

DEPARTMENT OF AGRICULTURE,

      Defendant.

Civil Action No. 26-0088 (TSC)

## NOTICE OF SUBSTITUTION OF COUNSEL

      The Clerk of the Court will please enter the appearance of Assistant United States Attorney

Brett S. Covington and remove the appearance of Assistant United States Attorney Bisola Oni as

counsel for Defendant in the above-captioned case.

Dated:  July 13, 2026

Respectfully submitted,

By: _____ */s/ Brett S. Covington*
     BRETT S. COVINGTON
     D.C. Bar #1003835
     Assistant United States Attorney
     601 D Street, NW
     Washington, D.C. 20530
     (202) 252-0888
     Brett.Covington@usdoj.gov

     *Counsel for Defendant*