UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INSTITUTE FOR ENERGY RESEARCH,

Plaintiff,

v.

DEPARTMENT OF AGRICULTURE,

Defendant.

Civil Action No. 26-00088 (TSC)

**JOINT STATUS REPORT**

Pursuant to the Court's June 11, 2026 Minute Order, Plaintiff Institute for Energy Research ("Plaintiff") and Defendant Department of Agriculture ("Defendant"), by and through undersigned counsel, respectfully submit this joint status report[1] in this action brought under the Freedom of Information Act ("FOIA"). The parties report as follows:

Defendant reports that since the filing of the most recent joint status report, ECF No. 8, Defendant has completed its search for responsive records to Plaintiff's FOIA requests and has finished processing all potentially responsive materials. On July 21, 2026, Defendant made what it asserts is its final production to Plaintiff in this case.

Plaintiff is reviewing the production made by Defendant on July 21, 2026. After Plaintiff has finished its review, counsel for the parties will cooperatively work together to attempt to potentially narrow or resolve any substantive issues of disagreement. In this light, the parties agree that the filing of a *Vaughn* Index and summary judgment briefing is still premature. The parties

---

[1] The Court's June 11, 2026 Minute Order set the deadline for the next joint status report as being due on or before August 9, 2026. That date fell on a Sunday, so the parties have proceeded with the understanding that the deadline was intended to be Monday, August 10, 2026.

1

propose filing another joint status report in approximately sixty days, or on or before October 8, 2026, to apprise the Court of the status of the case.

 Dated: August 10, 2026

*/s/ Matthew Hardin*                                                         Respectfully submitted,

MATTHEW D. HARDIN                                      JEANINE FERRIS PIRRO
Hardin Law Office                                                 United States Attorney
101 Rainbow Drive, PMB 11506
Livingston, TX 77399                                           By: ___ */s/ Brett S. Covington*
(202) 802-1948                                                      BRETT S. COVINGTON
matthewdhardin@gmail.com                              D.C. Bar #1003835
                                                                           Assistant United States Attorney
*Counsel for Plaintiff*                                            601 D Street, NW
                                                                           Washington, D.C. 20530
                                                                           (202) 252-0888
                                                                           Brett.Covington@usdoj.gov

                                                                           *Counsel for Defendant*