UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR ENERGY RESEARCH,<br>Plaintiff,<br>v.<br>DEPARTMENT OF AGRICULTURE,<br>Defendant. | Civil Action No. 26-0088 (TSC) |

**JOINT STATUS REPORT**

Pursuant to the Court's August 10, 2026 Minute Order, Plaintiff Institute for Energy Research ("Plaintiff") and Defendant Department of Agriculture ("Defendant"), by and through undersigned counsel, respectfully submit this joint status report in this action brought under the Freedom of Information Act ("FOIA"). The parties report as follows:

Defendant states that it has completed its search for responsive records to Plaintiff's FOIA requests; Defendant has finished processing all potentially responsive materials; and on July 21, 2026, Defendant made what it asserts is its final production to Plaintiff. *See* ECF No. 10.

Since the filing of the most recent joint status report, Plaintiff has finished its review of the production made on July 21, 2026. Plaintiff has raised questions with Defendant, and the parties are conferring in good faith to address those questions. In addition, Defendant has agreed to produce a draft *Vaughn* index to Plaintiff by or on November 23, 2026.

The parties propose filing another joint status report in approximately sixty days, or on or by December 7, 2026, to apprise the Court of the status of the case.

Dated: October 8, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *___/s/ Brett S. Covington*
BRETT S. COVINGTON
D.C. Bar #1003835
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
(202) 252-0888
Brett.Covington@usdoj.gov

*Counsel for Defendant*

*/s/ Matthew Hardin*
MATTHEW D. HARDIN
Hardin Law Office
101 Rainbow Drive, PMB 11506
Livingston, TX 77399
(202) 802-1948
matthewdhardin@gmail.com

*Counsel for Plaintiff*